UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS    CASE NO.  3:06cr447/MCR

SYLVESTER JEROME WRIGHT

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   January 10, 2007
Motion/Pleadings: GOVERNMENT'S MOTION TO DISMISS INDICTMENT
Filed by Government    on 1/10/2007    Doc.# 26
RESPONSES:
          on          Doc.#
          on          Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)    Deputy Clerk

# *ORDER*

   Upon consideration of the foregoing, it is ORDERED this 10th day of January, 2007, that:
   The relief requested is GRANTED.

 s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.